```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA HERNANDEZ, ET AL.,

                Plaintiffs,

-v-

VICTOR CHAVEZ, ET AL.,

                Defendants.

**ORDER**

24-CV-8394 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed during today's telephone conference, the parties are directed to submit a joint letter by **January 22, 2025**, stating any objections to the continued referral of Judge Ricardo in this action given his status as a former client of Scahill Law Group, PC.

**SO ORDERED.**

Dated: January 17, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1