```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EVA HERNANDEZ, ET AL.,

                Plaintiffs,

    -v-

VICTOR CHAVEZ, ET AL.,

                Defendants.

**ORDER**

24-CV-8394 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a pre-motion conference to address Plaintiffs' anticipated motion to remand this action to state court, and Defendants' cross-motion for supplemental jurisdiction and to consolidate this action with a recently filed state court action. Briefing will proceed according to the following schedule:

- **September 5, 2025**: Plaintiffs' motion to remand is due;
- **October 3, 2025**: Opposition to the motion to remand and Defendants' cross-motion for supplemental jurisdiction and to consolidate this action is due;
- **October 17, 2025**: Reply in support of the motion to remand and opposition to the cross-motion for supplemental jurisdiction and to consolidate this action is due;
- **October 31, 2025**: Reply in support of the cross-motion for supplemental jurisdiction and to consolidate this action is due.

    The parties are further directed to confer regarding the discovery schedule in this case and to propose a path forward by letter motion.

**SO ORDERED.**

Dated: August 6, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge