USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/23/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA HERNANDEZ, ET AL.,

                    Plaintiffs,

          -v-

VICTOR CHAVEZ, ET AL.,

                    Defendants.

**ORDER**

24-CV-8394 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' March 20, 2026 letter motion requesting an adjournment of the conference scheduled on April 8, 2026.  ECF No. 48.

Plaintiffs' request is **GRANTED.**  The conference is adjourned to **April 16, 2026**, at **11:00 a.m.** in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: March 23, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1