UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA HERNANDEZ, ET AL.,

                    Plaintiffs,

        -v-

VICTOR CHAVEZ, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

**ORDER**

24-CV-8394 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Grouneward Suero's declaration entered on the docket on March 27, 2026, ECF No. 50 (the "Declaration"). The Declaration fails to state Suero's citizenship on the date this case was filed. While the declaration arguably describes Suero's citizenship from June 2025 forward, it describes only his residence at the time of the accident. Residence is not synonymous with citizenship, as stated on page 2 of the undersigned's March 19, 2026 order at ECF No. 47. Further, what matters for purposes of diversity jurisdiction is Suero's citizenship at the time this action was filed. Suero must file another declaration stating his citizenship on the date this case was filed by **April 3, 2026**.

**SO ORDERED.**

Dated: March 30, 2026
      New York, New York

                                    _____
                                    Henry J. Ricardo
                                    United States Magistrate Judge