UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2026__

EVA HERNANDEZ, ET AL.,

                Plaintiffs,

    -v-

VICTOR CHAVEZ, ET AL.,

                Defendants.

**ORDER**

24-CV-8394 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of defendant Grauneward Suero's ("Defendant") letter requesting to extend the deadline to file a declaration stating his citizenship to April 10, 2026, ECF No. 52. The request is **GRANTED IN PART** and **DENIED IN PART.** Defendant is directed to file the declaration stating his citizenship by **April 9, 2026.**

**SO ORDERED.**

Dated: April 6, 2026
      New York, New York

                                    _____
                                      Henry J. Ricardo
                                      United States Magistrate Judge