UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EVA HERNANDEZ, et ano.,

                            Plaintiffs,

        -against-                                          24-cv-8394 (LAK)

VICTOR CHAVEZ, et al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/28/2026
```

## ORDER ADOPTING REPORT AND RECOMMENDATION

LEWIS A. KAPLAN, *District Judge*.

        This matter is before the Court on the report and recommendation of Magistrate Judge Henry J. Ricardo (the "R&R"), which recommends that plaintiffs' motion for joinder be granted and that defendants Victor Chavez's and Wamka Trucking Corp.'s motion for removal of a separate state court action involving a different plaintiff but the same car accident be denied.[1]

        No timely (or untimely) objections have been filed. Accordingly, for the reasons stated in the R&R, plaintiffs' motion for joinder (Dkt 41) is granted and Chavez's and Wamka Trucking Corp.'s motion for removal (Dkt 44) is denied.

        Because the joinder of Cristian Piedra Alvarado as a defendant destroys complete diversity and there is no other basis for subject matter jurisdiction, this action is remanded to state court. The Clerk is directed to terminate this action.

        SO ORDERED.

Dated:        May 28, 2026

                                            _____
                                            Lewis A. Kaplan
                                            United States District Judge

---

[1]        R&R (Dkt 57).